IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DeANDRE L'OVERTURE JACKSON,<br>Plaintiff, | Civil Action No. 7:14-cv-00682 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By: Jackson L. Kiser |
| I. EVANS, et al.,<br>Defendant(s). | Senior United States District Judge |

DeANDRE L'OVERTURE JACKSON, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered December 12, 2014, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On December 22, 2014 plaintiff filed a motion for extension of time to file the required information. The Court granted the motion and gave plaintiff 14 days to comply. On January 2, 2015 plaintiff filed another motion for extension of time to submit the required information. The Court granted the motion and gave plaintiff 10 days to comply. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 20th day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge