CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN 20 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DeANDRE L'OVERTURE JACKSON,    ) | |
|     Plaintiff,    ) | Civil Action No. 7:14-cv-00682 |
|         ) | |
| v.    ) | **DISMISSAL ORDER** |
|         ) | |
| I. EVANS, et al.,    ) | By:    Jackson L. Kiser |
|     Defendant(s).    ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge